SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Telephone: (808) 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. No. 04-00314 HG |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION RE: MENTAL HEALTH COUNSELING |
| JAIME REYES, | ) | |
| Defendant. | ) | |

STIPULATION RE: MENTAL HEALTH COUNSELING

The parties hereto, through their respective undersigned counsel, hereby stipulate that Defendant shall seek and maintain mental health counseling as directed at the discretion of Pretrial Services. All terms and conditions of pretrial release not inconsistent with this stipulation shall remain in full force and effect.

DATED: Honolulu, Hawaii, February ____, 2006.

_____
SAMUEL P. KING, JR.
Attorney for Defendant

APPROVED:

_____
Pre-Trial Services

_____
ASSISTANT UNITED STATES ATTORNEY

APPROVED AND SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE