CLERK OF THE COURT
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
U.S. COURTHOUSE
300 ALA MOANA BLVD.
HONOLULU, HI 96850

10 AUG 2006 PM HONOLULU HI 968