EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

EDRIC M. CHING 6697
Assistant United States Attorney
ATTN:  Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax:        (808) 541-2958
Email: Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00314-001 |
| | ) | |
| Plaintiff, | ) | APPLICATION FOR WRIT OF |
| | ) | CONTINUING GARNISHMENT |
| v. | ) | |
| | ) | |
| JAIME REYES, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| | ) | |
| | ) | |
| | ) | |
| INNOVION CORPORATION, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| _____ | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, Plaintiff, makes

application in accordance with 28 U.S.C. § 3205(b)(1) to the

Clerk of the United States District Court to issue a Writ of

Continuing Garnishment upon the judgment in a criminal case

entered against the Defendant-Judgment Debtor JAIME REYES

(hereinafter referred to as "Debtor"), social security number XXX-XX-0610, whose last known address is: Atwater USP, Reg. No. 10005-111, P.O. Box 019000, Atwater, CA  93501, in the above cited action in the amount of $10,100.00.

There is a balance of $10,000.00 that is due and owing as of September 6, 2006.

Demand for payment of the above-stated debt was made upon the Debtor at least 30 days before September 6, 2006, and the Debtor has not paid the amount due.

The Garnishee is believed to have possession of property (including nonexempt disposable earnings) in which the Debtor has a substantial nonexempt interest.

The name and address of the Garnishee or his authorized agent is:

INNOVION CORPORATION
Attn: Legal Department
P.O. Box 1089
San Jose, CA  95108-1089


DATED:  September 6, 2006, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Edric M. Ching

By_____
EDRIC M. CHING
Assistant U.S. Attorney
Attorneys for the Plaintiff