SAMUEL P. KING, JR. 1396
735 Bishop Street, Suite 304
Honolulu, Hawaii 96813
Telephone: (808) 521-6937
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                          )<br>            Plaintiff,                        )<br>                                                          )<br>                                                          )  ORDER EXONERATING BOND<br>        vs.                                          )<br>                                                          )<br>JAIME REYES,                              )<br>                                                          )<br>            Defendant.                   )<br>_____)| CR. No. 04-00314 JMS |

ORDER EXONERATING BOND

WHEREAS Defendant has been sentenced in this case and this Court has received notice from the Federal Bureau of Prisons that Defendant surrendered himself for service of sentence as required by the Judgment in this case.

NOW THEREFORE the Bond posted by Defendant in the amount of $700,000, secured by properties in California, is hereby exonerated. The Clerk of the Federal District Court for the Northern District of California is hereby authorized to reconvey the properties posted for the bond, which properties are more particularly described in Documents 18115796 and 18115797 recorded in the Office of the Santa Clara County Recorder, State of California.

DATED: Honolulu, Hawaii, September 19, 2006..

UNITED STATES DISTRICT JUDGE