ORIGINAL

EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

EDRIC M. CHING  6697
Assistant United States Attorney
ATTN: Financial Litigation Unit
Room 6-100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, HI  96850
Telephone No. (808) 541-2850
Fax:          (808) 541-2958
Email:   Edric.Ching@usdoj.gov

Attorneys for the Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 1 2006

at 10 o'clock and 23 min. a.M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff,  )<br>            )<br>    v.      )<br>            )<br>JAIME REYES,    )<br>            )<br>            )<br>        Defendant.  )<br>_____)<br>            )<br>            )<br>            )<br>INNOVION CORPORATION,  )<br>            )<br>        Garnishee.  )<br>_____) | Cr. No. 04-00314-001<br><br>WRIT OF CONTINUING<br>GARNISHMENT;<br>INSTRUCTIONS TO THE<br>GARNISHEE; ANSWER OF<br>THE GARNISHEE FORM |

WRIT OF CONTINUING GARNISHMENT

GREETINGS TO:   INNOVION CORPORATION
                Attn: Legal Department
                P.O. Box 1089
                San Jose, CA  95108-1089

     An application for a Writ of Continuing Garnishment

against the property of Defendant-Judgment Debtor JAIME REYES

(hereinafter referred to as "Debtor"), social security number



XXX-XX-0610, whose last known address is: Atwater USP, Reg. No. 10005-111, P.O. Box 019000, Atwater, CA 93501 has been filed with this Court. A judgment in a criminal case was entered against the Debtor on April 17, 2006, and the amount due as of September 6, 2006, totals $10,000.00.

You are required by law to answer in writing, under oath, and within ten (10) days after receipt of this writ, the following information: (1) Whether or not you have in your custody, control or possession, any property owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

You are also required by law to withhold and retain any property in which the Debtor has a substantial nonexempt interest for which you are or may become indebted to the Debtor pending further Order of the Court.

Under the law, there is property which is exempt from this writ of Garnishment. Property which is exempt and which is not subject to this Order is listed on the Claim for Exemption Form.

You must file the original written Answer to this writ within ten (10) days of your receipt of this writ with the Clerk

2

of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850. Additionally, you are required by law to serve a copy of the Answer to this writ upon the Debtor at: Atwater USP, Reg. No. 10005-111, P.O. Box 019000, Atwater, CA 93501, and upon the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

If you fail to answer this writ or fail to withhold property in accordance with this writ, the United States may petition the Court for an order requiring you to appear before the Court to answer the writ and to so withhold the property before the appearance date. If you fail to appear or do appear and fail to show good cause why you failed to comply with this writ, the Court will enter a judgment against you for the value of the Debtor's nonexempt interest in such property (including nonexempt disposable earnings). The Court may also award a reasonable attorney's fee to the United States and against you if the writ is not answered within the time specified herein and if the United States files a petition requiring you to appear.

DATED: ___SEP 1 1 2006___, at Honolulu, Hawaii.

SUE BEITIA
United States District Court
District of Hawaii

By_____
    Deputy Clerk

(SEAL)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00314-001 |
| Plaintiff, | ) ) | INSTRUCTIONS TO THE GARNISHEE |
| v. | ) ) | |
| JAIME REYES, | ) ) | |
| Defendant. | ) ) | |
| INNOVION CORPORATION, | ) ) ) | |
| Garnishee. | ) ) | |

INSTRUCTIONS TO THE GARNISHEE

GREETINGS TO:   INNOVION CORPORATION
                Attn: Legal Department
                P.O. Box 1089
                San Jose, CA  95108-1089

Attached is a Writ of Continuing Garnishment instructing you to provide the following information, in writing, under oath, within ten (10) days of receipt of this writ: (1) Whether or not you have in your custody, control, or possession any property owned by the Debtor, including nonexempt, disposable earnings; (2) A description of such property and the value of the property; (3) A description of any previous garnishment to which such property is subject and the extent to which any remaining property is not exempt; and (4) The amount of the debt you

anticipate owing to the Debtor in the future and whether the period for payment will be weekly or another specified period.

You are required by law to file the original written Answer to this writ within ten (10) days of your receipt of this writ with the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

You may complete the attached form entitled "ANSWER OF THE GARNISHEE FORM" and use it as your written Answer to this writ.

You are also required by law to serve a copy of the Answer to this writ upon the Debtor at: Atwater USP, Reg. No. 10005-111, P.O. Box 019000, Atwater, CA 93501, and upon the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

You are further required to withhold and retain any property in which the Debtor has a substantial nonexempt interest and for which you are or may become indebted to the Debtor pending further order of the court.

IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THIS WRIT AND TO SO WITHHOLD PROPERTY BEFORE THE APPEARANCE DATE.

IF YOU FAIL TO APPEAR, OR YOU APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS).

      THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.

      If you have any additional questions, please call Shari Hsieh, Financial Litigation Agent, at telephone number (808) 541-2850.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. 04-00314-001 |
| ) | |
| Plaintiff, ) | ANSWER OF THE |
| ) | GARNISHEE FORM |
| v. ) | |
| ) | |
| JAIME REYES, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| ) | |
| INNOVION CORPORATION, ) | |
| ) | |
| ) | |
| Garnishee. ) | |

## ANSWER OF THE GARNISHEE FORM

I, _____, state that:

I am the (State Official Title) _____ of Garnishee, _____ a corporation, organized under the laws of the State of _____.

On _____, 2006, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above):

1. The Garnishee has custody, control or possession of earnings because the Debtor is or was in my/our employ. ___ Yes. ___ No.

2. The Debtor's pay period is ___ weekly, ___ bi-weekly ___ semi-monthly, ___ monthly. Enter the date the present pay period began. ("Present" means the pay period in which this order and notice of garnishment were served) ___ Enter the date the above pay period ends. ___

3.  The amount of the Debtor's net wages are:

    (a) Gross Pay                           $_____
    (b) Federal income tax            $_____
    (c) F.I.C.A. income tax            $_____
    (d) State income tax              $_____
    (e) Medicare tax                    $_____
    (f) _____ $_____
    (g) _____ $_____

Total of tax withholdings      $_____

Net Wages                           $_____
(a less total of b,c,d,e,f,g)

4.  Have there been previous garnishments in effect?.
___ Yes. ___ No. If the answer is "yes," describe below:

_____
_____
_____

5.  The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. _____ | _____ | _____ |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

6.  The Garnishee anticipates owing to the Debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | _____ |
| 2. $_____ | _____ |
| 3. $_____ | _____ |
| 4. $_____ | _____ |

2

(Complete items 7-9 below if applicable)

7. The Garnishee makes the following claim of exemption on the part of the Debtor:

   _____
   _____
   _____
   _____
   _____

8. The Garnishee makes the following objections, defenses, or set-offs to the United States' right to apply the Garnishee's indebtedness to the Debtor upon the United States' claim:

   _____
   _____
   _____
   _____

9. The Garnishee was not and is not indebted or under liability to the Debtor, and the Garnishee did not or does not have in his/her possession or control any property belonging to the Debtor, or in which the Debtor has an interest; and is not liable as Garnishee in this action for the following reason(s):

   _____
   _____
   _____
   _____
   _____

The Garnishee delivered or mailed the <u>original</u> of this Answer by first class mail to the Clerk of the United States District Court, Room C-301, United States Courthouse, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the Debtor, JAIME REYES at Atwater USP, Reg. No. 10005-111, P.O. Box 019000, Atwater, CA 93501.

The Garnishee delivered or mailed a <u>copy</u> of this Answer by first class mail to the United States Attorney, Attn: EDRIC M. CHING, Assistant United States Attorney, Financial Litigation Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd., Honolulu, Hawaii 96850.

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____
Garnishee

4