From:COUNTY BANK                   4085730783                    09/17/2006  16:09  #107 P.022/025

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

SEP 2 5 2006

at _2_ o'clock and _00_ min. _P_ M
SUE BEITIA, CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr. No. 04-00314-001 |
| | ) | |
| Plaintiff, | ) | ANSWER OF THE |
| | ) | GARNISHEE FORM |
| v. | ) | |
| | ) | |
| JAIME REYES, | ) | |
| | ) | |
| Defendant. | ) | |
| ——————————————— | ) | |
| | ) | |
| | ) | |
| INNOVION CORPORATION, | ) | |
| | ) | |
| | ) | |
| Garnishee. | ) | |
| ——————————————— | ) | |

ANSWER OF THE GARNISHEE FORM

I, ___Stephanie Posavek___, state that:

I am the (State Official Title) _paymaster_ of
Garnishee, _Innovion_ a corporation, organized under
the laws of the State of _CA_.

On _9/19/_, 2006, Garnishee was served
with the Writ of Continuing Garnishment.  For the pay period in
effect on the date of service (shown above):

1.  The Garnishee has custody, control or possession
of earnings because the Debtor is or was in my/our
employ. ___ Yes. ___ No.

2.  The Debtor's pay period is _____ weekly, _____ bi-
weekly _____ semi-monthly, _____ monthly.  Enter
the date the present pay period began.  ("Present"
means the pay period in which this order and
notice of garnishment were served) _____
Enter the date the above pay period ends. _____

3.   The amount of the Debtor's net wages are:

    (a) Gross Pay                  $_____
    (b) Federal income tax    $_____
    (c) F.I.C.A. income tax   $_____
    (d) State income tax     $_____
    (e) Medicare tax         $_____
    (f) _____$_____
    (g) _____$_____

    Total of tax withholdings   $_____

    Net Wages                 $_____
    (a less total of b,c,d,e,f,g)

4.   Have there been previous garnishments in effect?.
    \_\_\_ Yes. \_\_\_ No.  If the answer is "yes," describe
    below:
    _____
    _____
    _____

5.   The Garnishee has custody, control or possession
    of the following property (non-earnings), in which
    the Debtor maintains an interest, as described
    below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

6.   The Garnishee anticipates owing to the Debtor in
    the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $_____ | |
| 2. $_____ | |
| 3. $_____ | |
| 4. $_____ | |

From:COUNTY BANK                 4085730783              09/17/2006 16:09 #107 P.024/025

(Complete items 7-9 below if applicable)

7.    The Garnishee makes the following claim of
      exemption on the part of the Debtor:

      _____
      _____
      _____
      _____
      _____

8.    The Garnishee makes the following objections,
      defenses, or set-offs to the United States' right
      to apply the Garnishee's indebtedness to the
      Debtor upon the United States' claim:

      _____
      _____
      _____
      _____

9.    The Garnishee was not and is not indebted or under
      liability to the Debtor, and the Garnishee did not
      or does not have in his/her possession or control
      any property belonging to the Debtor, or in which
      the Debtor has an interest; and is not liable as
      Garnishee in this action for the following
      reason(s):

      _The debtor does not work at_
      _Innovion any longer_
      _Term date is   10-13-2004_

     The Garnishee delivered or mailed the <u>original</u> of this
Answer by first class mail to the Clerk of the United States
District Court, Room C-301, United States Courthouse, 300 Ala
Moana Blvd., Honolulu, Hawaii 96850.

     The Garnishee delivered or mailed a <u>copy</u> of this Answer
by first class mail to the Debtor, JAIME REYES at Atwater USP,
Reg. No. 10005-111, P.O. Box 019000, Atwater, CA  93501.

     The Garnishee delivered or mailed a <u>copy</u> of this Answer
by first class mail to the United States Attorney, Attn: EDRIC M.
CHING, Assistant United States Attorney, Financial Litigation
Unit, Room 6-100, PJKK Federal Building, 300 Ala Moana Blvd.,
Honolulu, Hawaii 96850.

From:COUNTY BANK          4085730783          09/17/2006 16:10 #107 P.025/025

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/19/06_____.

_____
                        Garnishee