

JAIME REYES #10005-111
FEDERAL PRISON CAMP
USP ATWATER
PO BOX 019001
ATWATER, CALIFORNIA 95301



REYES#10005-111
L PRISON CAMP
WATEN
X 019001
& CALIFORNIA 95301

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
U.S. COURTHOUSE
300 ALA MOANA BLVD.
HONOLULU, HAWAII 96850